# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: LARSEN, KIM MCKAY | § Case No. 08-17774 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code
was filed on August 05, 2008.  The undersigned trustee was appointed on August 05, 2008.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the
disposition of all property of the estate is attached as  **Exhibit A.**

4.  The trustee realized the gross receipts of          $_____73,019.23

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 52,019.90 |
| Bank service fees | 212.80 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $_____20,786.53 |

The remaining funds are available for distribution.

5.  Attached as  **Exhibit B**  is a cash receipts and disbursements record for each estate bank
account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest
earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may
receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on
account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.   The deadline for filing  non-governmental claims in this case was 05/26/2010 and the deadline for filing governmental claims was 05/26/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as  **Exhibit C** .

7. The Trustee's proposed distribution is attached as  **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,900.96.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,900.96, for a total compensation of $5,900.96. [2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $1,896.66, for total expenses of $1,896.66. [2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/19/2011            By:/s/TIMOTHY S CORY, TRUSTEE
                                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-17774

Case Name:   LARSEN, KIM MCKAY

Period Ending: 10/19/11

Trustee:      (480190)   TIMOTHY S CORY, TRUSTEE

Filed (f) or Converted (c): 08/05/08 (f)

§341(a) Meeting Date:  09/03/08

Claims Bar Date:   05/26/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)**<br>**DA=§554(c)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1    50% EQUITY SHARE OF 563 SYCAMORE, DANVILLE, CALI<br>    Lien - no value | 460,500.00 | 0.00 | DA | 0.00 | FA |
| 2    CASH ON PERSON | 400.00 | 0.00 | DA | 0.00 | FA |
| 3    WELLS FARGO BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 4    ALASKA USA FEDERAL CREDIT UNION | 50.00 | 0.00 | DA | 0.00 | FA |
| 5    FAA WESTERN FEDERAL CREDIT UNION | 50.00 | 0.00 | DA | 0.00 | FA |
| 6    HOUSEHOLD GOODS AND FURNISHINGS - TBD | Unknown | 0.00 | DA | 0.00 | FA |
| 7    BOOKS | 100.00 | 0.00 | DA | 0.00 | FA |
| 8    EXERCISE EQUIPMENT | 250.00 | 0.00 | DA | 0.00 | FA |
| 9    KIM M LARSEN & CO, INC. / TAX PRACTICE | Unknown | 0.00 | DA | 0.00 | FA |
| 10    INTEREST IN AZRA COMMERCIAL CENTER, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 11    INTEREST IN DANVILLE INTL PUBLISHING, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 12    INTEREST IN CORPORATE CONNECTIONS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 13    INTEREST IN SURF N SUDZ, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 14    INTEREST IN SPOTTED EAGLE LODGE, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 15    INTEREST IN BIZSIGHT COMMUNICATIONS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 16    INTEREST IN FRONTIER DEVELOPMENT, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 17    INTEREST IN FRONTIER AERO CENTER, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 18    INTEREST IN FRONTIER AVIATION, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 19    INTEREST IN PROCHEX, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 20    INTEREST IN LARSEN CO VEGAS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 21    INTEREST IN KIM M. LARSEN & CO, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 22    INTEREST IN INDEVECO, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 23    INTEREST IN AIRE ENTERTAINMENT, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 24    INTEREST IN ALASKA TELEVISION NETWORK, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 25    INTEREST IN BYU.COM | 0.00 | 0.00 | DA | 0.00 | FA |
| 26    INTEREST IN CLICKROCKET MARKETING, INC. | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-17774

Case Name:   LARSEN, KIM MCKAY

Period Ending: 10/19/11

Trustee:        (480190)    TIMOTHY S CORY, TRUSTEE

Filed (f) or Converted (c):   08/05/08 (f)

§341(a) Meeting Date:    09/03/08

Claims Bar Date:    05/26/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | INTEREST IN DESERT HOSPITALITY GROUP, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 28 | INTEREST IN INSIGHT ACQUISITIONS, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 29 | INTEREST IN MERCANTILE BROKERS & ADVISORS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 30 | INTEREST IN MERCANTILE BUILDERS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 31 | INTEREST IN RAPID OUTSOURCE GROUP, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 32 | INTEREST IN REALTYSIGHTS.COM, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 33 | INTEREST IN VEGAS BRIDES.COM, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 34 | INTEREST IN B2B MEDIA GROUP, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 35 | INTEREST IN BIOVITEK, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 36 | INTEREST IN HOT SPOT MEDIA, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 37 | INTEREST IN LONE MOUNTAIN NETWORKS, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 38 | INTEREST IN TUNE TOASTER MEDIA, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 39 | INTEREST IN WHISTLER COMMERCIAL HOLDINGS, INC. | 0.00 | 0.00 | DA | 0.00 | FA |
| 40 | LOANS TO AZRA COMMERCIAL CENTER LLC<br>company in bankrutpcy | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 41 | 2007 BMW 550I LEASE (BUSINESS) | 32,000.00 | 0.00 | DA | 0.00 | FA |
| 42 | 2003 YUKON (BUSINESS) | 16,900.00 | 0.00 | DA | 0.00 | FA |
| 43 | 2002 GMC 2500 LONG BED | 4,920.00 | 0.00 | DA | 0.00 | FA |
| 44 | (2) 2004 POLARIS 4 WHEELERS (BUSINESS) | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 45 | 2004 YUKON (BUSINESS) | 17,000.00 | 0.00 | DA | 0.00 | FA |
| 46 | 2003 GMC SIERRA (BUSINESS) | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 47 | 2004 YUKON (BUSINESS)<br>duplicate of asset #45 | 0.00 | 0.00 | DA | 0.00 | FA |
| 48 | 2004 DENALI | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 49 | 1977 CESSNA T210 N6619M (NEEDS ANNUAL INSPECTION | 90,000.00 | 60,000.00 | | 83,000.00 | FA |
| 50 | HOME OFFICE EQUIPMENT | 1,000.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 08-17774 | **Trustee:** (480190) TIMOTHY S CORY, TRUSTEE |
| **Case Name:** LARSEN, KIM MCKAY | **Filed (f) or Converted (c):** 08/05/08 (f) |
| | **§341(a) Meeting Date:** 09/03/08 |
| **Period Ending:** 10/19/11 | **Claims Bar Date:** 05/26/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 51  CONTRACTOR TOOLS EQUIPMENT - TBD | Unknown | 0.00 | DA | 0.00 | FA |
| 52  NELLIS MINI STORAGE UNIT | Unknown | 0.00 | DA | 0.00 | FA |
| 53  ALL STORAGE UNIT | Unknown | 0.00 | DA | 0.00 | FA |
| 54  CARIBOU SELF STORAGE | Unknown | 0.00 | DA | 0.00 | FA |
| 55  VEGAS BUSINESS CENTER | Unknown | 0.00 | DA | 0.00 | FA |
| 56  CASH ON PERSON<br>duplicate of asset #2 | 0.00 | 0.00 | DA | 0.00 | FA |
| 57  WELLS FARGO BANK<br>duplicate of asset #3 | 0.00 | 0.00 | DA | 0.00 | FA |
| 58  ALASKA USA FEDERAL CREDIT UNION<br>duplicate of asset #4 | 0.00 | 0.00 | DA | 0.00 | FA |
| 59  FAA WESTERN FEDERAL CREDIT UNION<br>duplicate of asset #5 | 0.00 | 0.00 | DA | 0.00 | FA |
| 60  HOUSEHOLD GOODS AND FURNISHINGS - TBD<br>duplicate of asset #6 | 0.00 | 0.00 | DA | 0.00 | FA |
| 61  BOOKS<br>duplicate of asset #7 | 0.00 | 0.00 | DA | 0.00 | FA |
| 62  EXERCISE EQUIPMENT<br>duplicate of asset #8 | 0.00 | 0.00 | DA | 0.00 | FA |
| 63  KIM M LARSEN & CO, INC. / TAX PRACTICE<br>duplicate of asset #9 | 0.00 | 0.00 | DA | 0.00 | FA |
| 64  INTEREST IN AZRA COMMERCIAL CENTER, LLC<br>duplicate of asset #10 | 0.00 | 0.00 | DA | 0.00 | FA |
| 65  INTEREST IN DANVILLE INTL PUBLISHING, LLC (OUT O<br>duplicate of asset #11 | 0.00 | 0.00 | DA | 0.00 | FA |
| 66  INTEREST IN CORPORATE CONNECTIONS, LLC (OUT OF B<br>duplicate of asset #12 | 0.00 | 0.00 | DA | 0.00 | FA |
| 67  INTEREST IN SURF N SUDZ, LLC (OUT OF BUSINESS)<br>duplicate of asset #13 | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 4

| | |
|---|---|
| **Case Number:** 08-17774 | **Trustee:** (480190) TIMOTHY S CORY, TRUSTEE |
| **Case Name:** LARSEN, KIM MCKAY | **Filed (f) or Converted (c):** 08/05/08 (f) |
| | **§341(a) Meeting Date:** 09/03/08 |
| **Period Ending:** 10/19/11 | **Claims Bar Date:** 05/26/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 68 INTEREST IN SPOTTED EAGLE LODGE, LLC duplicate of asset #14 | 0.00 | 0.00 | DA | 0.00 | FA |
| 69 INTEREST IN BIZSIGHT COMMUNICATIONS, LLC (OUT OF duplicate of asset #15 | 0.00 | 0.00 | DA | 0.00 | FA |
| 70 INTEREST IN FRONTIER DEVELOPMENT, LLC duplicate of asset #16 | 0.00 | 0.00 | DA | 0.00 | FA |
| 71 INTEREST IN FRONTIER AERO CENTER, LLC (OUT OF BU duplicate of asset #17 | 0.00 | 0.00 | DA | 0.00 | FA |
| 72 INTEREST IN FRONTIER AVIATION, LLC (OUT OF BUSIN duplicate of asset #18 | 0.00 | 0.00 | DA | 0.00 | FA |
| 73 INTEREST IN PROCHEX, LLC (OUT OF BUSINESS) duplicate of asset #19 | 0.00 | 0.00 | DA | 0.00 | FA |
| 74 INTEREST IN LARSEN CO VEGAS, LLC (OUT OF BUSINES duplicate of asset #20 | 0.00 | 0.00 | DA | 0.00 | FA |
| 75 INTEREST IN KIM M. LARSEN & CO, LLC (OUT OF BUSI duplicate of asset #21 | 0.00 | 0.00 | DA | 0.00 | FA |
| 76 INTEREST IN INDEVECO, LLC (OUT OF BUSINESS) duplicate of asset #22 | 0.00 | 0.00 | DA | 0.00 | FA |
| 77 INTEREST IN AIRE ENTERTAINMENT, LLC (OUT OF BUSI duplicate of asset #23 | 0.00 | 0.00 | DA | 0.00 | FA |
| 78 INTEREST IN ALASKA TELEVISION NETWORK, LLC duplicate of asset #24 | 0.00 | 0.00 | DA | 0.00 | FA |
| 79 INTEREST IN BYU.COM (OUT OF BUSINESS) duplicate of asset #25 | 0.00 | 0.00 | DA | 0.00 | FA |
| 80 INTEREST IN CLICKROCKET MARKETING, LLC (OUT OF B duplicate of asset #26 | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 08-17774

**Case Name:**   LARSEN, KIM MCKAY

**Period Ending:** 10/19/11

**Trustee:**        (480190)    TIMOTHY S CORY, TRUSTEE

**Filed (f) or Converted (c):**  08/05/08 (f)

**§341(a) Meeting Date:**   09/03/08

**Claims Bar Date:**   05/26/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 81 | INTEREST IN DESERT HOSPITALITY GROUP, LLC (OUT O    duplicate of asset #27 | 0.00 | 0.00 | DA | 0.00 | FA |
| 82 | INTEREST IN INSIGHT ACQUISITIONS, INC. (OUT OF B    duplicate of asset #28 | 0.00 | 0.00 | DA | 0.00 | FA |
| 83 | INTEREST IN MERCANTILE BROKERS & ADVISORS, LLC    duplicate of asset #29 | 0.00 | 0.00 | DA | 0.00 | FA |
| 84 | INTEREST IN MERCANTILE BUILDERS, LLC    duplicate of asset #30 | 0.00 | 0.00 | DA | 0.00 | FA |
| 85 | INTEREST IN RAPID OUTSOURCE GROUP, LLC (OUT OF B    duplicate of asset #31 | 0.00 | 0.00 | DA | 0.00 | FA |
| 86 | INTEREST IN REALTYSIGHTS.COM, LLC (OUT OF BUSINE    duplicate of asset #32 | 0.00 | 0.00 | DA | 0.00 | FA |
| 87 | INTEREST IN VEGAS BRIDES.COM, LLC (OUT OF BUSINE    duplicate of asset #33 | 0.00 | 0.00 | DA | 0.00 | FA |
| 88 | INTEREST IN B2B MEDIA GROUP, LLC (OUT OF BUSINES    duplicate of asset #34 | 0.00 | 0.00 | DA | 0.00 | FA |
| 89 | INTEREST IN BIOVITEK, LLC    duplicate of asset #35 | 0.00 | 0.00 | DA | 0.00 | FA |
| 90 | INTEREST IN HOT SPOT MEDIA, LLC    duplicate of asset #36 | 0.00 | 0.00 | DA | 0.00 | FA |
| 91 | INTEREST IN LONE MOUNTAIN NETWORKS, LLC    duplicate of asset #37 | 0.00 | 0.00 | DA | 0.00 | FA |
| 92 | INTEREST IN TUNE TOASTER MEDIA, LLC (OUT OF BUSI    duplicate of asset #38 | 0.00 | 0.00 | DA | 0.00 | FA |
| 93 | INTEREST IN WHISTLER COMMERCIAL | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 08-17774 | | Trustee: | (480190) | TIMOTHY S CORY, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LARSEN, KIM MCKAY | | Filed (f) or Converted (c): | 08/05/08 (f) | |
| | | | §341(a) Meeting Date: | 09/03/08 | |
| Period Ending: 10/19/11 | | | Claims Bar Date: | 05/26/10 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | HOLDINGS, INC. ( duplicate of asset #39 | | | | | |
| 94 | INTEREST IN VEGAS BUSINESS CENTER LTD. | 0.00 | 0.00 | | 0.00 | FA |
| 95 | INTEREST IN INDEVELL, INC. (OUT OF BUSINESS) duplicate of asset #22 | 0.00 | 0.00 | DA | 0.00 | FA |
| 96 | LOANS TO AZRA COMMERCIAL CENTER LLC duplicate of asset #40 | 0.00 | 0.00 | DA | 0.00 | FA |
| 97 | MONEY OWED ON SALE OF GRAND PIANO BY WIFE SOLD T | 9,000.00 | 0.00 | | 0.00 | FA |
| 98 | MONEY OWED ON SALE OF 2001 GMC PICK-UP TRUCK BY | 10,000.00 | 0.00 | | 0.00 | FA |
| 99 | MONEY OWED ON SALE OF OLD PICKUP, BOAT, AND MOTO | 3,000.00 | 0.00 | | 0.00 | FA |
| 100 | 2007 BMW 550I LEASE (BUSINESS) duplicate of asset #41 | 0.00 | 0.00 | DA | 0.00 | FA |
| 101 | 2003 YUKON (BUSINESS) (SURRENDERED) duplicate of asset #42 | 0.00 | 0.00 | DA | 0.00 | FA |
| 102 | 2002 GMC 2500 LONG BED (LOCATED WITH WIFE) duplicate of asset #43 | 0.00 | 0.00 | DA | 0.00 | FA |
| 103 | (2) 2004 POLARIS 4 WHEELERS (BUSINESS) duplicate of asset #44 | 0.00 | 0.00 | DA | 0.00 | FA |
| 104 | 2004 YUKON (BUSINESS) (SURRENDERED) duplicate of asset #45 | 0.00 | 0.00 | DA | 0.00 | FA |
| 105 | 2004 GMC SIERRA (BUSINESS) | 3,500.00 | 0.00 | | 0.00 | FA |
| 106 | 2004 YUKON (BUSINESS) duplicate of asset #45 | 0.00 | 0.00 | DA | 0.00 | FA |
| 107 | 1977 CESSNA T210 N6619M (NEEDS ANNUAL INSPECTION duplicate of asset #49 | 0.00 | 0.00 | | 0.00 | FA |
| 108 | HOME OFFICE EQUIPMENT duplicate of asset #50 | 0.00 | 0.00 | DA | 0.00 | FA |
| 109 | CONTRACTOR TOOLS EQUIPMENT - TBD | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

# Form 1

Page: 7

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-17774

Case Name:    LARSEN, KIM MCKAY

Period Ending: 10/19/11

Trustee:    (480190)    TIMOTHY S CORY, TRUSTEE

Filed (f) or Converted (c): 08/05/08 (f)

§341(a) Meeting Date:    09/03/08

Claims Bar Date:    05/26/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | duplicate of asset #51 | | | | | |
| 110 | NELLIS MINI STORAGE UNIT | 0.00 | 0.00 | | 0.00 | FA |
| | duplicate of asset #52 | | | | | |
| 111 | ALL STORAGE UNIT | 0.00 | 0.00 | DA | 0.00 | FA |
| | duplicate of asset #53 | | | | | |
| 112 | CARIBOU SELF STORAGE | 0.00 | 0.00 | DA | 0.00 | FA |
| | duplicate of asset #54 | | | | | |
| 113 | VEGAS BUSINESS CENTER | 0.00 | 0.00 | DA | 0.00 | FA |
| | duplicate of asset #55 | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 19.23 | Unknown |
| 114 | Assets    Totals (Excluding unknown values) | $948,170.00 | $60,000.00 | | $83,019.23 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR being prepared

Initial Projected Date Of Final Report (TFR):    December 31, 2011        Current Projected Date Of Final Report (TFR):    December 31, 2011

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 08-17774 |
| **Case Name:** | LARSEN, KIM MCKAY |
| **Taxpayer ID #:** | **-***3024 |
| **Period Ending:** | 10/19/11 |

| | |
|---|---|
| **Trustee:** | TIMOTHY S CORY, TRUSTEE (480190) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****45-65 - Money Market Account |
| **Blanket Bond:** | $7,700,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/10 | {49} | BROOKE ASHJIAN | 1977 CESSNA T210 N6619M | 1129-002 | 10,000.00 | | 10,000.00 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 10,000.01 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,000.45 |
| 04/16/10 | | To Account #*******4566 | Refund of Deposit | 9999-000 | | 10,000.45 | 0.00 |
| 04/30/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 0.24 |
| 05/04/10 | | Wire out to BNYM account<br>9200******4565 | Wire out to BNYM account 9200******4565 | 9999-000 | -0.24 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,000.45 | 10,000.45 | $0.00 |
| Less: Bank Transfers | -0.24 | 10,000.45 | |
| **Subtotal** | **10,000.69** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,000.69** | **$0.00** | |

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-17774 | |
| Case Name: | LARSEN, KIM MCKAY | |
| | | |
| Taxpayer ID #: | **-***3024 | |
| Period Ending: | 10/19/11 | |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****45-66 - Checking Account |
| Blanket Bond: | $7,700,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/16/10 | | From Account #*******4565 | Refund of Deposit | 9999-000 | 10,000.45 | | 10,000.45 |
| 04/16/10 | 101 {49} | Brooke Ashjian | Refund of Deposit | 1129-000 | -10,000.00 | | 0.45 |
| 04/20/10 | | Wire out to BNYM account 9200******4566 | Wire out to BNYM account 9200******4566 | 9999-000 | -0.45 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | 10,000.00 | 0.00 | |
| **Subtotal** | | **-10,000.00** | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$-10,000.00** | **$0.00** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-17774 | |
| Case Name: | LARSEN, KIM MCKAY | |
| | | |
| Taxpayer ID #: | **-***3024 | |
| Period Ending: | 10/19/11 | |

| | |
|---|---|
| Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******45-65 - Money Market Account |
| Blanket Bond: | $7,700,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/04/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******4565 | Wire in from JPMorgan Chase Bank, N.A. account *******4565 | 9999-000 | 0.24 | | 0.24 |
| 06/02/10 | | From Account #9200******4566 | interest | 9999-000 | 0.45 | | 0.69 |
| 06/15/10 | {49} | VERN CHRISTENSEN | 1977 CESSNA T210 N6619M | 1129-002 | 10,000.00 | | 10,000.69 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.25 | | 10,000.94 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.60 | | 10,001.54 |
| 08/24/10 | {49} | DARRYL RIDDELL | 1977 CESSNA T210 N6619M | 1129-000 | 10,000.00 | | 20,001.54 |
| 08/24/10 | {49} | SOUTH DELTA AVIATION INC. | 1977 CESSNA T210 N6619M | 1129-000 | 63,000.00 | | 83,001.54 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.57 | | 83,003.11 |
| 09/01/10 | | To Account #9200******4566 | RETURN OF DEPOSIT RE: CESSNA AIRCRAFT | 9999-000 | | 10,000.00 | 73,003.11 |
| 09/07/10 | | To Account #9200******4566 | AUCTIONEER FEE; PER ORDER DATED 8/13/2010 | 9999-000 | | 7,300.00 | 65,703.11 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.66 | | 65,704.77 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.67 | | 65,706.44 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.62 | | 65,708.06 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.67 | | 65,709.73 |
| 01/27/11 | 11001 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/27/2011 FOR CASE #08-17774, Bond # 016030865 | 2300-000 | | 87.23 | 65,622.50 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.67 | | 65,624.17 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.51 | | 65,625.68 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.67 | | 65,627.35 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.61 | | 65,628.96 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0300% | 1270-000 | 1.67 | | 65,630.63 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.53 | | 65,631.16 |
| 07/28/11 | | To Account #9200******4566 | Atty fees & expenses per Order 7/28/2011 | 9999-000 | | 44,632.67 | 20,998.49 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.50 | | 20,998.99 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 125.87 | 20,873.12 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,873.29 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 48.64 | 20,824.65 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -4.50 | 20,829.15 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 20,829.32 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 42.79 | 20,786.53 |

| | | | |
|---|---|---|---|
| | Subtotals : | $83,019.23 | $62,232.70 |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 08-17774 | |
| **Case Name:** | LARSEN, KIM MCKAY | |
| | | |
| **Taxpayer ID #:** | **-***3024 | |
| **Period Ending:** | 10/19/11 | |

| | |
|---|---|
| **Trustee:** | TIMOTHY S CORY, TRUSTEE (480190) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******45-65 - Money Market Account |
| **Blanket Bond:** | $7,700,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 83,019.23 | 62,232.70 | $20,786.53 |
| | | | Less: Bank Transfers | | 0.69 | 61,932.67 | |
| | | | **Subtotal** | | **83,018.54** | **300.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$83,018.54** | **$300.03** | |

Printed: 10/19/2011 11:31 AM    V.12.57

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-17774 | | | Trustee: | TIMOTHY S CORY, TRUSTEE (480190) |
|---|---|---|---|---|---|
| Case Name: | LARSEN, KIM MCKAY | | | Bank Name: | The Bank of New York Mellon |
| | | | | Account: | 9200-******45-66 - Checking Account |
| Taxpayer ID #: | **-***3024 | | | Blanket Bond: | $7,700,000.00  (per case limit) |
| Period Ending: | 10/19/11 | | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank,<br>N.A. account *******4566 | Wire in from JPMorgan Chase Bank, N.A.<br>account *******4566 | 9999-000 | 0.45 | | 0.45 |
| 06/02/10 | | To Account #9200******4565 | interest | 9999-000 | | 0.45 | 0.00 |
| 09/01/10 | | From Account #9200******4565 | RETURN OF DEPOSIT RE: CESSNA<br>AIRCRAFT | 9999-000 | 10,000.00 | | 10,000.00 |
| 09/01/10 | 10102 | VERNE CHRISTENSEN | Ref # RETURN OF DEPOSIT | 1290-000 | -10,000.00 | | 0.00 |
| 09/07/10 | | From Account #9200******4565 | AUCTIONEER FEE; PER ORDER DATED<br>8/13/2010 | 9999-000 | 7,300.00 | | 7,300.00 |
| 09/07/10 | 10103 | DUNN PROPERTIES, LTD | Ref # PER ORDER DATED 8/13/10 | 3610-000 | | 7,300.00 | 0.00 |
| 07/28/11 | | From Account #9200******4565 | Atty fees & expenses per Order 7/28/2011 | 9999-000 | 44,632.67 | | 44,632.67 |
| 07/28/11 | 10104 | DURHAM JONES & PINEGAR | Ref # PER ORDER 7/28/2011 | 3210-000 | | 39,538.50 | 5,094.17 |
| 07/28/11 | 10105 | DURHAM JONES & PINEGAR | Ref # PER ORDER 7/28/2011 | 3220-000 | | 5,094.17 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | ACCOUNT TOTALS | | | 51,933.12 | 51,933.12 | $0.00 |
| | Less: Bank Transfers | | | 61,933.12 | 0.45 | |
| | Subtotal | | | -10,000.00 | 51,932.67 | |
| | Less: Payments to Debtors | | | | 0.00 | |
| | NET Receipts / Disbursements | | | $-10,000.00 | $51,932.67 | |

| | |
|---|---|
| Net Receipts : | 73,019.23 |
| Less Other Noncompensable Items : | 20,000.00 |
| Net Estate : | $53,019.23 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****45-65 | 10,000.69 | 0.00 | 0.00 |
| Checking # ***-*****45-66 | -10,000.00 | 0.00 | 0.00 |
| MMA # 9200-*****45-65 | 83,018.54 | 300.03 | 20,786.53 |
| Checking # 9200-*****45-66 | -10,000.00 | 51,932.67 | 0.00 |
| | $73,019.23 | $52,232.70 | $20,786.53 |

Printed: 10/19/11 11:33 AM

Page: 1

# Court Claims Register

### Case: 08-17774    LARSEN, KIM MCKAY

Claims Bar Date: 05/26/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | GMAC<br>PO BOX 130424<br><br>Roseville, MN 55113<br><br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/18/08 | Filed as a secured: as a secured creditor, the creditor is not entitled to any distribution by the Bankruptcy Estate. | $9,524.16<br>$0.00 | $0.00 | $0.00 |
| 10 | GMAC<br>PO BOX 130424<br><br>Roseville, MN 55113<br><br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>09/18/08 | Filed as a secured: as a secured creditor, the creditor is not entitled to any distribution by the Bankruptcy Estate. | $21,362.35<br>$0.00 | $0.00 | $0.00 |
| 12 | USI FINANCIAL<br>CCL<br>PO BOX 71113<br>CLIVE, IA 50325<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>10/06/08 | Filed as a secured: as a secured creditor, the creditor is not entitled to any distribution by the Bankruptcy Estate. | $1,375.99<br>$0.00 | $0.00 | $0.00 |
| 13S | GMAC<br>PO BOX 130424<br><br>Roseville, MN 55113<br><br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>10/08/08 | Filed as a secured: as a secured creditor, the creditor is not entitled to any distribution by the Bankruptcy Estate. | $20,225.00<br>$0.00 | $0.00 | $0.00 |
| 15S | AL TRAVALINI<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>135 TRAVALINI COURT<br>EL SOBRANTE, CA 94803<br><4110-00  Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured<br>10/17/08 | Filed as a secured: as a secured creditor, the creditor is not entitled to any distribution by the Bankruptcy Estate. | $4,930.00<br>$0.00 | $0.00 | $0.00 |
| | TIMOTHY S CORY, TRUSTEE<br>8831 W. SAHARA AVE<br>LAS VEGAS, NV 89117<br><2100-00  Trustee Compensation>,  200 | Admin Ch. 7<br>08/05/08 | | $5,900.96<br>$5,900.96 | $0.00 | $5,900.96 |
| | TIMOTHY S CORY, TRUSTEE<br>8831 W. SAHARA AVE<br>LAS VEGAS, NV 89117<br><2200-00  Trustee Expenses>,  200 | Admin Ch. 7<br>08/05/08 | | $1,896.66<br>$1,896.66 | $0.00 | $1,896.66 |

# Court Claims Register

### Case: 08-17774          LARSEN, KIM MCKAY

Claims Bar Date: 05/26/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | INTERNATIONAL SURETIES LTD<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, SUITE 420<br>NEW ORLEANS, LA 70139<br><2300-00  Bond Payments>,  200 | Admin Ch. 7<br>08/05/08 | | $87.23<br>$87.23 | $87.23 | $0.00 |
| | DURHAM JONES & PINEGAR<br>111 EAST BROADWAY<br>SUITE 900<br><br>SALT LAKE CITY, NV 84110<br><3210-00  Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>08/05/08 | PER ORDER<br>7/28/2011 | $39,538.50<br>$39,538.50 | $39,538.50 | $0.00 |
| | DURHAM JONES & PINEGAR<br>111 EAST BROADWAY<br>SUITE 900<br><br>SALT LAKE CITY, NV 84110<br><3220-00  Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7<br>08/05/08 | PER ORDER<br>7/28/2011 | $5,094.17<br>$5,094.17 | $5,094.17 | $0.00 |
| | Stan Pack<br>360 N. Phyllis St.<br>Las Vegas, NV 89110<br><3410-00  Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>10/17/11 | | $1,321.00<br>$1,321.00 | $0.00 | $1,321.00 |
| | DUNN PROPERTIES, LTD<br>6550 LAREDO STREET<br><br>LAS VEGAS, NV 89146<br><3610-00  Auctioneer for Trustee Fees (including buyers premiums)>,  200 | Admin Ch. 7<br>09/07/10 | PER ORDER<br>DATED 8/13/10 | $7,300.00<br>$7,300.00 | $7,300.00 | $0.00 |
| 101 | UNITED STATES BANKRUPTCY COURT<br>300 LAS VEGAS BLVD. SOUTH<br><br>LAS VEGAS, NV 89101<br><2700-00  Clerk of the Court Costs (includes adversary and other filing fees)>,  200 | Admin Ch. 7<br>08/05/08 | FILING FEE -<br>ADV 10-1443<br><br>Filing fee for Adversary 10-1443 | $250.00<br>$250.00 | $0.00 | $250.00 |
| 1 | Wells Fargo Bank<br>BDD-Bankruptcy Dept<br>P.O. BOX 53476<br>Phoenix, AZ 85072-9955<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/06/08 | | $3,372.71<br>$3,372.71 | $0.00 | $3,372.71 |
| 2 | Wells Fargo Bank, N.A.<br>MAC S4101-08C<br>100 W. Washington St.,<br>Phoenix, AZ 85003<br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/07/08 | | $7,957.41<br>$7,957.41 | $0.00 | $7,957.41 |

Printed:  10/19/11 11:33 AM                                                                                          Page:  3

# Court Claims Register

## Case:  08-17774        LARSEN, KIM MCKAY

Claims Bar Date:  05/26/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Wells Fargo Bank, N.A. MAC S4101-08C 100 W. Washington St., Phoenix, AZ 85003 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/07/08 | | $21,495.02 $21,495.02 | $0.00 | $21,495.02 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services,PO Box 10587 Greenville, SC 29603-0587 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/20/08 | | $3,425.26 $3,425.26 | $0.00 | $3,425.26 |
| 5 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/21/08 | | $7,704.15 $0.00 | $0.00 | $0.00 |
| 5 -2 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/21/08 | | $7,704.15 $7,704.15 | $0.00 | $7,704.15 |
| 6 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/21/08 | | $2,880.96 $0.00 | $0.00 | $0.00 |
| 6 -2 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/21/08 | | $2,880.96 $2,880.96 | $0.00 | $2,880.96 |
| 7 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/21/08 | | $5,553.54 $0.00 | $0.00 | $0.00 |
| 7 -2 | CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/21/08 | | $5,553.54 $5,553.54 | $0.00 | $5,553.54 |
| 8 | RECOVERY MANAGEMENT SYSTEMS CORPORATION FOR CAPITAL RECOVERY II,AS ASSIGNEE OF WASHINGTON MUTUAL BANK,25 SE 2ND AVENUE, MIAMI, FL 33131 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/25/08 | | $16,908.90 $16,908.90 | $0.00 | $16,908.90 |

# Court Claims Register

## Case:  08-17774          LARSEN, KIM MCKAY

Claims Bar Date:  05/26/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA AND ITS ASSIGNS POB 35480 NEWARK, NJ 07193-5480 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 09/26/08 | | $789.90 $789.90 | $0.00 | $789.90 |
| 13U | GMAC PO BOX 130424 Roseville, MN 55113 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/08/08 | | $2,093.73 $2,093.73 | $0.00 | $2,093.73 |
| 14 | Worldwide Asset Purchasing II, LLC c/o West Asset Management, Inc P. O. Box 105698 Atlanta, GA 30348 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/13/08 | | $2,210.59 $2,210.59 | $0.00 | $2,210.59 |
| 15U | AL TRAVALINI ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 135 TRAVALINI COURT EL SOBRANTE, CA 94803 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/17/08 | | $20,000.00 $20,000.00 | $0.00 | $20,000.00 |
| 16 | DJR LESLIE HOWARD ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2375 E. TROPICANA #313 LAS VEGAS, NV 89119 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 10/22/08 | | $42,029.94 $42,029.94 | $0.00 | $42,029.94 |
| 17 | ANNIE HERBERT, AS EXECUTOR OF THE ESTATE OF DAVID M. HERBERT & TRUSTEE OF, NEVADA CITY, CA 95959 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/04/08 | amended by claim #32 | $2,582,206.20 $0.00 | $0.00 | $0.00 |
| 18 | CITY OF LIVERMORE JASON R ALCALA,ASSISTANT CITY ATTORNEY,1052 S LIVERMORE AVENUE LIVERMORE, CA 94550 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/10/08 | amended by claim #30 | $1,015.68 $0.00 | $0.00 | $0.00 |

# Court Claims Register

**Case:  08-17774          LARSEN, KIM MCKAY**

Claims Bar Date:   05/26/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 | ROBIN LARSEN<br>1523 TEARDROP ST<br><br>LAS VEGAS, NV 89142<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/18/08 | No amount listed on claim | $0.00<br>$0.00 | $0.00 | $0.00 |
| 20 | GEOFF POTTS, ESQ<br>1055 WHITNEY RANCH DR<br>SUITE 110<br>HENDERSON, NV 89014<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/24/08 | | $2,900.00<br>$2,900.00 | $0.00 | $2,900.00 |
| 21 | CEDARCREST FUND LP<br>PO BOX 830669<br>ARSENAL STATION<br>SAN ANTONIO, TX 78283<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/10 | | $4,863.71<br>$4,863.71 | $0.00 | $4,863.71 |
| 22 | CEDARCREST FUND LP<br>PO BOX 830669<br>ARSENAL STATION<br>SAN ANTONIO, TX 78283<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/10 | | $5,676.99<br>$5,676.99 | $0.00 | $5,676.99 |
| 23 | CEDARCREST FUND LP<br>PO BOX 830669<br>ARSENAL STATION<br>SAN ANTONIO, TX 78283<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/10 | | $8,241.44<br>$8,241.44 | $0.00 | $8,241.44 |
| 24 | CEDARCREST FUND LP<br>PO BOX 830669<br>ARSENAL STATION<br>SAN ANTONIO, TX 78283<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/10 | | $5,814.44<br>$5,814.44 | $0.00 | $5,814.44 |
| 25 | CEDARCREST FUND LP<br>PO BOX 830669<br>ARSENAL STATION<br>SAN ANTONIO, TX 78283<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/10 | | $8,305.50<br>$8,305.50 | $0.00 | $8,305.50 |
| 26 | CEDARCREST FUND LP<br>PO BOX 830669<br>ARSENAL STATION<br>SAN ANTONIO, TX 78283<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/10 | | $5,554.95<br>$5,554.95 | $0.00 | $5,554.95 |

# Court Claims Register

### Case: 08-17774          LARSEN, KIM MCKAY

Claims Bar Date:  05/26/10

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 27 | CITY OF LAS VEGAS PARKING C/O CREDIT BUREAU CENTRAL PO BOX 29299 LAS VEGAS, NV 89126 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 05/06/10 | | $410.00 $410.00 | $0.00 | $410.00 |
| 28 | LAS VEGAS VALLEY WATER DISTRICT C/O CREDIT BUREAU CENTRAL PO BOX 29299 LAS VEGAS, NV 89126 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 05/06/10 | | $2,919.09 $2,919.09 | $0.00 | $2,919.09 |
| 29 | NVENERGY C/O CREDIT BUREAU CENTRAL PO BOX 29299 LAS VEGAS, NV 89126 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 05/06/10 | | $515.59 $515.59 | $0.00 | $515.59 |
| 30 | CITY OF LIVERMORE JASON R ALCALA,ASSISTANT CITY ATTORNEY,1052 S LIVERMORE AVENUE LIVERMORE, CA 94550 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 05/24/10 | | $1,015.68 $1,015.68 | $0.00 | $1,015.68 |
| 31 | ANNIE HERBERT, AS EXECUTOR OF THE ESTATE OF DAVID M. HERBERT & TRUSTEE OF, NEVADA CITY, CA 95959 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 05/26/10 | amended by claim #32 | $15,000,000.00 $0.00 | $0.00 | $0.00 |
| 32 | ANNIE HERBERT, AS EXECUTOR OF THE ESTATE OF DAVID M. HERBERT & TRUSTEE OF, NEVADA CITY, CA 95959 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 05/26/10 | | $1,500,000.00 $1,500,000.00 | $0.00 | $1,500,000.00 |
| | | | Case Total: | | $52,019.90 | $1,692,008.12 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-17774
Case Name: LARSEN, KIM MCKAY
Trustee Name: TIMOTHY S CORY, TRUSTEE

**Balance on hand:** $ 20,786.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None |  |  |  |  |  |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,786.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - TIMOTHY S CORY, TRUSTEE | 5,900.96 | 0.00 | 5,900.96 |
| Trustee, Expenses - TIMOTHY S CORY, TRUSTEE | 1,896.66 | 0.00 | 1,896.66 |
| Accountant for Trustee, Fees - Stan Pack | 1,321.00 | 0.00 | 1,321.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 9,368.62
Remaining balance: $ 11,417.91

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None |  |  |  |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,417.91

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 0.00 |
| Remaining balance: | $ | | 11,417.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,682,639.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank | 3,372.71 | 0.00 | 22.90 |
| 2 | Wells Fargo Bank, N.A. | 7,957.41 | 0.00 | 54.00 |
| 3 | Wells Fargo Bank, N.A. | 21,495.02 | 0.00 | 145.86 |
| 4 | PYOD LLC its successors and assigns as assignee of | 3,425.26 | 0.00 | 23.24 |
| 5 -2 | CHASE BANK USA, NA | 7,704.15 | 0.00 | 52.28 |
| 6 -2 | CHASE BANK USA, NA | 2,880.96 | 0.00 | 19.55 |
| 7 -2 | CHASE BANK USA, NA | 5,553.54 | 0.00 | 37.68 |
| 8 | RECOVERY MANAGEMENT SYSTEMS CORPORATION | 16,908.90 | 0.00 | 114.74 |
| 11 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 789.90 | 0.00 | 5.36 |
| 13U | GMAC | 2,093.73 | 0.00 | 14.21 |
| 14 | Worldwide Asset Purchasing II, LLC | 2,210.59 | 0.00 | 15.00 |
| 15U | AL TRAVALINI | 20,000.00 | 0.00 | 135.71 |
| 16 | DJR LESLIE HOWARD | 42,029.94 | 0.00 | 285.20 |
| 20 | GEOFF POTTS, ESQ | 2,900.00 | 0.00 | 19.68 |
| 21 | CEDARCREST FUND LP | 4,863.71 | 0.00 | 33.00 |
| 22 | CEDARCREST FUND LP | 5,676.99 | 0.00 | 38.52 |
| 23 | CEDARCREST FUND LP | 8,241.44 | 0.00 | 55.92 |

**UST Form 101-7-TFR (05/1/2011)**

| 24 | CEDARCREST FUND LP | 5,814.44 | 0.00 | 39.46 |
| 25 | CEDARCREST FUND LP | 8,305.50 | 0.00 | 56.36 |
| 26 | CEDARCREST FUND LP | 5,554.95 | 0.00 | 37.69 |
| 27 | CITY OF LAS VEGAS PARKING | 410.00 | 0.00 | 2.78 |
| 28 | LAS VEGAS VALLEY WATER DISTRICT | 2,919.09 | 0.00 | 19.81 |
| 29 | NVENERGY | 515.59 | 0.00 | 3.50 |
| 30 | CITY OF LIVERMORE | 1,015.68 | 0.00 | 6.89 |
| 32 | ANNIE HERBERT, AS EXECUTOR OF THE | 1,500,000.00 | 0.00 | 10,178.57 |

Total to be paid for timely general unsecured claims: $     11,417.91

Remaining balance: $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $     0.00

Remaining balance: $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $     0.00

Remaining balance: $     0.00

UST Form 101-7-TFR (05/1/2011)